# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DELORES A. COOK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-07-1244-F |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of the Social | ) |
| Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On October 6, 2008, United States Magistrate Judge Shon T. Erwin issued Findings & Recommendation of Magistrate Judge, wherein he recommended that the final decision of the Commissioner of the Social Security Administration denying plaintiff, Delores A. Cook's application for disability insurance benefits under 42 U.S.C. §§ 416(i) and 423 be affirmed.

Presently before the court is plaintiff's objection to the Findings & Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of the matter. Having done so, the court concurs with the analysis and recommendation of Magistrate Judge Erwin. The court finds plaintiff's objection to be without merit. The court therefore accepts, adopts and affirms the Findings & Recommendation in its entirety.

Accordingly, the Findings & Recommendation of Magistrate Judge issued by United States Magistrate Judge Shon T. Erwin on October 6, 2008 (doc. no. 15) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Michael J. Astrue, Commissioner of the Social Security Administration, denying

2

plaintiff Delores A. Cook's application for disability insurance benefits under 42 U.S.C. §§ 416(i) and 423, is **AFFIRMED**.

DATED November 20, 2008.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

07-1244p002.wpd